YAMAMOTO CALIBOSO HETHERINGTON
A Limited Liability Law Company

LAURA D. ANDERSON        6800-0
1100 Alakea Street, Suite 3100
Honolulu, Hawaii 96813
Telephone: (808) 540-4500
Facsimile: (808) 540-4530
Email: landerson@ychawaii.com

Attorneys for Defendant
LANAI COMMUNITY HEALTH
DENTAL CENTER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LONNIE E. LARSON,<br><br>                Plaintiff,<br><br>        vs.<br><br>LANAI COMMUNITY HEALTH DENTAL CENTER,<br><br>                Defendant. | CIVIL NO. 1:23-cv-00250-LEK-KJM<br><br>JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A) |

JOINT STIPULATION OF DISMISSAL PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(A)

Plaintiff Lonnie E. Larson and Defendant Lanai Community Health Dental

Center hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this

action is to be dismissed with prejudice as to all claims, causes of action and parties, with each party bearing that party's own attorney's fees and costs. The dismissal shall be effective upon filing of this joint stipulation.

DATED: October 18, 2023, Kihei, Hawaii.

/s/
Lonnie E. Larson
LONNIE E. LARSON
Plaintiff

DATED: October 17, 2023, Honolulu, Hawaii.

/s/
Laura D. Anderson
LAURA D. ANDERSON
Attorneys for Defendant
LANAI COMMUNITY HEALTH
DENTAL CENTER

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

2